AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amanda Foster, on behalf of herself and similarly situated employees, <br><br> Plaintiff(s), <br><br> vs <br><br> New Apple Inc, d/b/a Apple Gold Group, <br><br> Defendant(s). | 0:16-cv-03705-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants Joint Motion for Approval of Settlement.

                                                            Robin L. Blume
                                                         CLERK OF COURT

March 13, 2018                                         By: <u>s/Leah M. Suttles</u>
                                                                   Deputy Clerk